

# IN THE
# TENTH COURT OF APPEALS

## No. 10-19-00152-CR

**CHRISTOPHER VANSICKLE,**

**Appellant**

**v.**

**THE STATE OF TEXAS,**

**Appellee**

### From the 19th District Court
### McLennan County, Texas
### Trial Court No. 2013-1550-C1

## MEMORANDUM  OPINION

Appellant Christopher Vansickle appeals the trial court's denial of his Motion for Time Credit Dispute Resolution, in which he sought credit on his sentence for time he spent in a state substance abuse facility as a condition of his community supervision. The State has filed a Motion to Dismiss Vansickle's appeal for lack of jurisdiction on the grounds that Vansickle is inappropriately appealing the denial of a motion for judgment

nunc pro tunc.[1] Whether construed as an appeal from the denial of a request for a nunc pro tunc judgment or of a request for credit for time served, we lack jurisdiction to consider this appeal.

The right of appeal in criminal cases is conferred by the Legislature, and a defendant may appeal only from judgments of conviction or orders authorized as appealable. *See* TEX. CODE CRIM. PROC. ANN. art. 44.02; TEX. R. APP. P. 25.2(a)(2); *see also Ragston v. State*, 424 S.W.3d 49, 52 (Tex. Crim. App. 2014) ("'[T]he standard for determining jurisdiction is not whether the appeal is precluded by law, but whether the appeal is authorized by law.'" (quoting *Abbott v. State*, 271 S.W.3d 694, 696-97 (Tex. Crim. App. 2008))). The appellate courts do not have jurisdiction to consider an appeal from a post-judgment denial of a motion for credit for time served. *Abbott*, 271 S.W.3d at 697.

Because we lack jurisdiction, this appeal is dismissed. As our dismissal is not based upon the grounds raised in the State's Motion to Dismiss, we dismiss the State's motion as moot.

Notwithstanding that we are dismissing this appeal, Vansickle may file a motion for rehearing with this Court within 15 days after this opinion and judgment are rendered if he believes this opinion and judgment are erroneously based on inaccurate information or documents. *See* TEX. R. APP. P. 49.1. Moreover, if Vansickle desires to have the opinion

---

[1] In his brief filed on July 11, 2019, Vansickle refers to his motion as a "pro se motion Nunc Pro Tunc." However, in his reply to the State's Motion to Dismiss, Vansickle clarifies that the order he is appealing is not the denial of a motion for judgment nunc pro tunc but the denial of a motion for credit for time served.

and judgment of this Court reviewed by filing a petition for discretionary review, that petition must be filed with the Court of Criminal Appeals within 30 days after either the day this Court's judgment is rendered or the day the last timely motion for rehearing is overruled by this Court.  *See* TEX. R. APP. P. 68.2(a).

                                                   REX D. DAVIS
                                                   Justice

Before Chief Justice Gray,
       Justice Davis, and
       Justice Neill
Appeal dismissed
Opinion delivered and filed September 11, 2019
Do not publish
[CR25]

